JS-6

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

Attorneys for Plaintiff

DAN MARMALEFSKY (BAR NO. 95477)
dmarmalefsky@mofo.com
KEITH M. HENNEKE (BAR NO. 283063)
KHenneke@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd., Suite 6000
Los Angeles, California  90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant HILROD HOLDINGS, L.P. and
Nominal Defendant MONSTER BEVERAGE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SPITZER, Derivatively on Behalf of MONSTER BEVERAGE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RODNEY C. SACKS,<br>HILTON H. SCHLOSBERG,<br>THOMAS J. KELLY<br>HAROLD C. TABER, JR.<br>BENJAMIN M. POLK,<br>NORMAN C. EPSTEIN,<br>MARK S. VIDERGAUZ,<br>SIDNEY SELATI and<br>HILROD HOLDINGS, L.P.,<br><br>　　　　　　　　Defendants,<br><br>　　- and -<br><br>MONSTER BEVERAGE CORPORATION,<br><br>　　　　　　　　Nominal Defendant. | Case No. CV 13-00833-VAP-DTBx<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL |

la-1211248                                           1

IT IS HEREBY ORDERED that, in light of plaintiff Eric Spitzer's, nominal defendant Monster Beverage Corporation's, and defendant Hilrod Holdings, L.P.'s Stipulation of Voluntary Dismissal and the representations contained therein, and the Court finding good cause for dismissal, *Spitzer v. Sacks et al.*, Case No. CV 13-00833-VAP-DTBx (the "Action), is hereby dismissed with prejudice as to plaintiff Eric Spitzer only, and without prejudice as to any other Monster shareholder or the Company, subject to the terms of the parties' stipulation. Each party shall bear their own costs and fees in connection with the Action. No motions, including any pursuant to Rule 11 of the Fed. R. Civ. P., shall be filed by any person in connection with the Action.

IT IS SO ORDERED.

Dated: May 28 2013

THE HON. VIRGINA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

MORRISON & FOERSTER LLP

By: /s/ Dan Marmalefsky
   DAN MARMALEFSKY
   Attorneys for Defendant HILROD HOLDINGS, L.P. and
   Nominal Defendant MONSTER BEVERAGE CORPORATION